**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joselino Teletor,

Plaintiff,

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER**

Primera Foods, Inc. and Zumbro/Innovative Food Processors, Inc.,

Defendants.

Court File No. 01-1733 JRT/FLN

It is hereby stipulated by the undersigned on behalf of the parties hereto that the Pretrial Scheduling Order in the above entitled action be amended as follows:

1. Discovery/Non-Dispositive Motions:

***

b. All discovery shall be commenced in time to be completed by August 1, 2002.

***

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by August 1, 2002.

Dated: April 23, 02

NICHOLS KASTER & ANDERSON, PLLP

James H. Kaster #53946
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 4-22-02

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

Frederick E. Finch #29191
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

ATTORNEYS FOR DEFENDANTS

**ORDER**

**It is so ordered.** Trial Ready date remains 10/1/02

Dated: 5/3/02

Magistrate Judge Franklin L. Noel