**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joselino Teletor,

Plaintiffs,

**STIPULATION TO AMEND COMPLAINT**

Primera Foods, Inc. and Zumbro/Innovative Food Processors, Inc.,

Defendants.

Court File No. 01-1733 JRT/FLN

It is hereby stipulated by the undersigned on behalf of the parties hereto that the Complaint in the above entitled action is amended to reflect the changes contained in the First Amended Complaint attached as Exhibit A. It is further stipulated by the undersigned that the Answers heretofore served on Plaintiffs shall be deemed to be an answer to the First Amended Complaint. Any new matters alleged in the First Amended Complaint shall be deemed to be denied unless admitted or otherwise alleged by Defendants hereafter in a subsequent pleading.

Dated: 5/23/02

NICHOLS KASTER & ANDERSON, PLLP

James H. Kaster #53946
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

FILED MAY 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated:

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

Frederick E. Finch #29191
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

ATTORNEYS FOR DEFENDANTS

**ORDER**

**It is so ordered.**

Dated: 5/3/02

Magistrate Judge Franklin L. Noel