UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joselino Teletor, Civil No. 01-1733 JRT/FLN

Plaintiff,

v. ORDER

Primere Foods, Inc. and
Zumbro/Innovative Food Processors,

Defendants.

---

James H. Kaster, and Tiffany A. Sanders, for Plaintiff.
James O. Redman, and Frederick E. Finch, for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on July 22, 2002, on Plaintiff's Motion to Compel Responses to Discovery Requests [#14].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Motion to Compel Responses to Discovery Requests [#14]. is **GRANTED**. Defendant shall provide complete and responsive answers, and documents to Plaintiff's Interrogatories and request for production of documents. Answers and documents shall be provided forthwith.

Defendant shall pay Plaintiff for the costs and fees incurred in the filing of this Motion. Plaintiff's attorney shall, on or before July 26, 2002 submit an affidavit setting forth the costs and fees associated with the bringing of this Motion.

DATED: 7/26, 2002

FRANKLIN L. NOEL
United States Magistrate Judge

JUL 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK