UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joselino Teletor,

Plaintiff,

v.

Primere Foods, Inc. and
Zumbro/Innovative Food Processors,

Defendants.

Civil No. 01-1733 JRT/FLN

ORDER

---

James H. Kaster, Jennifer A. Kitchak and Tiffany A. Sanders, for Plaintiff.
James O. Redman, and Frederick E. Finch, for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on July 22, 2002, on Plaintiff's Motion to Compel Responses to Discovery Requests [#14]. The Court granted Plaintiff's motion to compel and awarded plaintiff cost and fees associated with bringing the aforementioned motion. On July 22, 2002, Plaintiff's attorney submitted an affidavit which detailed costs and fees incurred in bringing Plaintiff's motion to compel. A total of $500.00 was requested.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants will remit $500.00 to Plaintiff's attorney for fees and costs incurred in bringing the Motion to Compel Responses to Discovery Requests [#14]. The sanction shall be paid forthwith. The defendants are cautioned that future failure to comply with discovery obligations or failure to comply with orders of the Court will expose the defendants to more severe sanctions.

DATED: July 26, 2002

FRANKLIN L. NOEL
United States Magistrate Judge

FILED JUL 2 _ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________