**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JOSELINO TELETOR, Civil No. 01-1733 (JRT/FLN)

Plaintiff,

v. **ORDER OF DISMISSAL**

PRIMERE FOODS INC., et al.,

Defendants.

---

James H. Kaster, NICHOLS KASTER & ANDERSON, 80 South Eighth Street, Suite 4644, Minneapolis, MN 55402, for plaintiff.

Frederick E. Finch, BASSFORD LOCKHART TRUESDELL & BRIGGS, 33 South Sixth Street, Suite 3550, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Dec. 24, 2002
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK